**Cornelius Ernie YOHE, Jr.,**
**Plaintiff–Appellant,**

v.

**Captain OWENS; Denise Hooker; Tommy L. Page, Jr.; Zeb T. Heath, Jr.,**
**Defendants–Appellees.**

No. 16–6259.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

Cornelius Ernie Yohe, Jr., Appellant Pro Se. Kari Russwurm Johnson, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Ernie Yohe, Jr., seeks to appeal the district court's order denying in part his pretrial motion requesting that the court provide certain documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P.

court. Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Yohe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*